Pablo Gomez, )
    Plaintiff )
) Case No.: 2:25-cv-04156-BCW
v. )
) Judge: Brian C. Wimes
Earl D. Scott, MD )
    Defendant. )

------------------------------------------------------------

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS

---

COMES NOW, Plaintiff, acting pro se, hereby responds in opposition to Defendants' Motion to Dismiss (filed: July 25, 2025).

I do not want this case to depend upon my original complaint and I plan to file a motion for leave of court to amend the original complaint but I need more time to properly file these motions.

If granted an extension of time to file these motions, this first amended complaint will render the Defendants motion to dismiss moot.
see: Pure Country v. Sigma Chi Fraternity, 312 F.3d 952, 956 CA8(MO) 2002

It is well established that an amended complaint supersedes an original complaint and renders the original complaint without legal effect.
see: In re Atlas Van Lines, Inc., 209 F.3d 1064, 1069 CA8(MO) 2000

WHEREFORE, based upon the foregoing, Plaintiff requests that this Court enter an order denying Defendants Motion to Dismiss as moot after it: 1) grants my motion for thirty-day extension to time to file a motion for leave of court to amend the original complaint, and then 2) accept my proposed first-amended complaint after thirty days.

Respectfully submitted,

Dated: September 26, 2025

By: _Pablo Gomez #185004_

Pablo Gomez #185004
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, MO 65101

KEVIN H. YANCEY
• NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES FEBRUARY 17, 2026
COLE COUNTY
COMMISSION #22132992

# CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS was served by operation of the Court's electronic filing system, this 26th day of September 2025 to:

Matthew S. Shorey #47861 / Edna Besic #76991
Sandberg Phoenix & von Gontard P.C.
701 Market Street, Suite 600
St. Louis, MO 63101-1826